*1284 529 U. S. 1108;
529 U.S. 1109;
529 U. S. 1111;
528 U. S. 1170;
529 U. S. 1072;
529 U.S. 1073;
529 U. S. 1090;
529 U. S. 1114;
*1285 No. 99-8526.
No. 99-8590.
No. 99-8604.
No. 99-8649.
No. 99-8690.
No. 99-8743.
No. 99-8806.
No. 99-8926.
No. 99-8960.
No. 99-9178.
529 U. S. 1114;
529 U. S. 1092;
529 U. S. 1116;
529 U. S. 1079;
529 U. S. 1133;
529 U. S. 1117;
529 U. S. 1117;
529 U. S. 1119;
529 U. S. 1135; and
529 U.S. 1123. Petitions for rehearing denied.